## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF NEW YORK

---------------------------------- x
:
JESSICA EARNSHAW, :
:
                Plaintiff, : 15-CV-169 (SJ) (RML)
:
          v. : **STIPULATION AND**
: **[PROPOSED] ORDER**
ALEXZANDRA JOHNSON, :
:
                Defendant. :
:
---------------------------------- x

      WHEREAS, Plaintiff filed the complaint in the above-captioned matter on January 13, 2015 (the "Complaint");

      WHEREAS, the deadline for Defendant to answer, move or otherwise respond to the Complaint is currently February 4, 2015;

      WHEREAS, no previous request for an extension has been made;

      IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, subject to approval by this Court, that:

      1. Defendant's time to answer, move or otherwise respond to the Complaint is extended through and including March 20, 2015.

      2. Defendant reserves all of her rights and defenses, except the defense of improper service of process of the Complaint.

      3. This Stipulation may be signed in counterparts, and facsimile/PDF signatures shall be deemed originals for the purpose of this Stipulation.

Dated: February 4, 2015
       New York, New York

                                        CRAVATH SWAINE & MOORE LLP

                                  By: *Rebecca Rettig (NA)*
                                       Rebecca Rettig
                                       Worldwide Plaza
                                       825 Eighth Avenue
                                       New York, New York 10019
                                       (212) 474-1000
                                       *Attorneys for Plaintiff*


                                       _____
                                       Alexzandra Johnson
                                       *Pro se Defendant*

SO ORDERED:


_____
The Honorable Sterling Johnson, Jr.
United States District Judge

Dated: February ___, 2015
New York, New York

                CRAVATH SWAINE & MOORE LLP

By: _____
Rebecca Rettig
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
(212) 474-1000
*Attorneys for Plaintiff*

_____
Alexzandra Johnson
*Pro se Defendant*

SO ORDERED:

_____
The Honorable Sterling Johnson, Jr.
United States District Judge

Scanned by CamScanner